July 15, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

TRANSPORTES DE ZIMA REAL S.A. DE C.V., Appellant

NO. 14-13-00933-CV                              V.

GABRIEL LIZARRAGA, Appellee

_____

This cause, an appeal from the order signed October 18, 2013 in favor of appellee Gabriel Lizarraga, was heard on the transcript of the record.  We have inspected the record and find error in the judgment.  We therefore order the trial court's order denying Transportes de Zima Real S.A. de C.V.'s special appearance **REVERSED** and **REMAND** the cause with instructions to the trial court to dismiss the claims against Transportes de Zima Real S.A. de C.V. and sever that portion of the action from the remainder of the suit in accordance with this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Gabriel Lizarraga.

We further order this decision certified below for observance.